| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:15-CR-144(7)
§
WINTER WHITLEY §

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of her supervised release and waived her right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#736) are ADOPTED. The Court finds that the defendant, Winter Whitley, violated conditions of supervised release and ORDERS that her supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of six (6) months imprisonment, with no additional supervision and credit for any time due while defendant was in custody on the petitions to revoke filed against her.

SIGNED at Beaumont, Texas, this 16th day of November, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE